UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 AUG 31 PM 4: 54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ANDERSON-TULLY CO., )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-2627-D/An
)
FEDERAL INSURANCE CO., *et al.*, )
)
    Defendants. )

## ORDER ENLARGING TIME

On unopposed motion pursuant to Fed.R.Civ.P. 6(b), presenting adequate cause, the original time period allowed for defendants Federal Insurance Company, Aon Risk Services of Missouri, Inc., and Aon Financial Services Group, Inc. to serve their response(s) to the summons and complaint in this action (whether an answer, Rule 12 motion, or otherwise) is enlarged to and including September 19, 2005.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

August 31 2005
DATE OF SIGNATURE

This document entered on the docket sheet in compliance with Rule 58 and / 79(a) FRCP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02627 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Robert F. Miller
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

James S. Chase
Hunton & Williams LLP
2000 Riverview Tower
900 South Gay Street
Knoxville, TN 37901

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

John A. Lucas
HUNTON & WILLIAMS
900 S. Gay St.
Knoxville, TN 37902

Honorable Bernice Donald
US DISTRICT COURT