IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY ____ D.C.

05 NOV -2  PM 1: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ANDERSON-TULLY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05-2627 D/A |
| FEDERAL INSURANCE COMPANY, CHUBB CORPORATION, AON RISK SERVICES, INC. OF MISSOURI, and AON FINANCIAL SERVICES GROUP, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING
### FEDERAL INSURANCE COMPANY LEAVE TO FILE
### A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

It appearing to the Court that Federal Insurance Company's Motion for Leave to File a Reply Brief is well taken it is hereby:

ORDERED that Federal Insurance Company is granted leave to file a Reply Brief and ORDERED that Federal Reply brief which is attached as Exhibit 1 to its Motion for Leave is hereby designated as being filed as of the entry of this order.

It is so ORDERED this _1st_ day of _November_, 2005.

_[signature]_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11/2/05_

MEMPHIS 176511v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02627 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James S. Chase
HUNTON & WILLIAMS- Knoxville
900 South Gay St.
2000 Riverview Tower
Knoxville, TN 37901

Robert F. Miller
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John A. Lucas
HUNTON & WILLIAMS
900 S. Gay St.
Knoxville, TN 37902

R. Douglas Noah
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
5000 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Thomas Spitaletto
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
5000 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT